**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-02274-LTB-KLM

JEFFREY T. MAEHR,

      Plaintiff,

v.

UNITED STATES OF AMERICA,

      Defendant.

___

**ORDER**
___

This case is before me on the recommendation of the Magistrate Judge issued and served on May 1, 2009 (Doc 17). Petitioner filed a Motion for Reconsideration (Doc 18) which was denied by Magistrate Judge Mix on May 12, 2009 (Doc 20). No specific written objections have been filed to either the denial of the Motion for Reconsideration or to the Recommendation by Petitioner or Respondent. Therefore *de novo* review is barred. Accordingly, it is

ORDERED that the recommendation is accepted and Respondent's Motion for Summary Denial of Petition to Quash (Doc 7) is GRANTED and this action is DISMISSED.

                                    BY THE COURT:

                                      s/Lewis T. Babcock
                                      Lewis T. Babcock, Judge

DATED: June 3, 2009